PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
May 25, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR THE SEARCH OF:<br><br>731 Central House Road, Honcut, California, Butte County APN#028-020-057, 10.46 acres | CASE NO. 2:22-sw-0365 JDP<br><br>[PROPOSED] ORDER RE: REQUEST TO SEAL DOCUMENTS<br><br>**UNDER SEAL** |

## SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant and search warrant affidavit underlying the search warrant in the above-entitled proceeding shall be filed under seal and shall not be disclosed to any person, unless otherwise ordered by this Court.

Dated: May 25, 2022

_____
Hon. Jeremy D. Peterson
U.S. MAGISTRATE JUDGE

[PROPOSED] SEALING ORDER